RECEIVED
IN LAKE CHARLES, LA
JAN -9 2013
TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| PAUL STEPHAN #316085 | CIVIL ACTION NO. 11-2044-LC |
| VS. | SECTION P |
| LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL | JUDGE MINALDI<br>MAGISTRATE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE**, as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS ALSO ORDERED** that all of plaintiff's pending motions, including his motion to appoint counsel (Doc. 23) and motion for copies (Doc. 24) are dismissed as moot.

Lake Charles, Louisiana, on this the 7 day of _____, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE